# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

ERIC LEBEOUF

NO. 2026 KW 0323

**JUNE 1, 2026**

---

In Re:  Eric Lebouf, applying for supervisory writs, 23rd Judicial District Court, Parish of Assumption, No. 159240.

---

**BEFORE:   THERIOT, BALFOUR, AND HAGGERTY,[1] JJ.**

**WRIT DENIED.**

> **MRT**
> **KEB**
> **BDH**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT

---

[1] **Haggerty, J.,** serving *pro tempore*, by special appointment of the Louisiana Supreme Court.